# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| ELIJAH POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION NO**.: |
| v. | ) | **5:20-CV-00392-TES** |
| | ) | |
| WEST CLUB, LLC, AGPM | ) | [on removal from State Court of |
| SERVICES, LLC, TARENE | ) | Bibb County Case No. 20-SCCV- |
| LANCASTER and ABAM | ) | 091761] |
| MAHAMMAD, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER REMANDING CASE TO
## STATE COURT OF BIBB COUNTY

This civil action is before the Court on the Parties' Consent Motion to Remand to the State Court of Bibb County.

Having considered the Motion and other matters of record, it is hereby **ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**, and this case is hereby REMANDED to the State Court of Bibb County, Georgia.

**SO ORDERED,** this 26th day of October, 2020.

/s/ Tilman E. Self, III
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT

**ORDERED PREPARED AND CONSENTED TO BY:**

| **ROCKEFELLER LAW CENTER** | **SWIFT CURRIE MCGHEE & HIERS, LLP** |
|---|---|
| */s/ A. James Rockefeller* <br> A. James Rockefeller <br> Georgia Bar No. 611214 <br> (with express permission to Kelly G. Chartash) <br> 102 Tommy Stalnaker Drive <br> Warner Robins, GA  31088 <br> T: 478-953-6955 <br>  jim@rockefellerlawcenter.com <br> *Attorney for Plaintiff* | */s/ Kelly G. Chartash* <br> Pamela N. Lee <br> Georgia Bar No. 198981 <br> Kelly G. Chartash <br> Georgia Bar No. 602721 <br> Hannah Beth Reynolds <br> Georgia Bar No. 959703 <br> The Peachtree, Suite 300 <br> 1355 Peachtree Street N.E. <br> Atlanta, GA 30309 <br> T:(404) 874-8800 <br> Pamela.lee@swiftcurrie.com <br> Kelly.chartash@swiftcurrie.com <br> Hannah.reynolds@swiftcurrie.com <br> *Attorneys for Defendants West Club, LLC, AGPM Services, LLC, and Tarene Lancaster* |

4828-7055-2271, v. 1